# FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0466



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-20-0466

| | |
|---|---|
| BYNUM LIVESTOCK, LLC,<br><br>    Plaintiff/Appellant<br>v.<br><br>DANIEL AND JAYLYN PARRENT,<br><br>    Defendants/Appellees. | **GRANT OF EXTENSION** |

Pursuant to authority granted under Montana Rule of Appellate Procedure 26(1), Appellant is given an extension of time until November 30, 2020 to prepare, file, and serve the Appellant's Opening Brief.

C:    Rachel Taylor, Grant Kelly
      Joe McKay

00390723.DOCX.1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 21 2020